# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JORGE RIVERA,

    Plaintiff,

v.                      CASE NO.:  8:17-cv-00005-EAK-AAS

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the plaintiff, JORGE RIVERA, and the Defendant, DIVERSIFIED CONSULTANTS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| s/ *Amanda J. Allen, Esq.* | /s/*Ashley N. Rector* |
| Amanda J. Allen, Esquire | Ashley N. Rector, Esq. |
| Florida Bar No. 98228 | Florida Bar No. 0106605 |
| Amanda@TheConsumerProtectionFirm.com | arector@sessions.legal |
| The Consumer Protection Firm, PLLC | Sessions, Fishman, Nathan & Israel, LLC |
| 210 A South MacDill Avenue | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33609 | Tampa, FL 33618 |
| Tele: (813) 500-1500 | Tele: (813) 890-2472 |
| Fax: (813) 435-2369 | Fax: (813) 466-3140 |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I certify that on May 17, 2017 a copy of the foregoing document was served on all counsel of record via CM/ECF.

                        *s/Amanda J. Allen, Esq.*
                        **Amanda J. Allen, Esquire**
                        Florida Bar No. 98228
                        Amanda@TheConsumerProtectionFirm.com
                        Shenia@TheConsumerProtectionFirm.com
                        THE CONSUMER PROTECTION FIRM, PLLC
                        210 A South MacDill Avenue
                        Tampa, FL 33609
                        Tele:  (813) 500-1500
                        Fax:  (813) 435-2369
                        ***Attorney for Plaintiff***